JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

B-00-167

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as require by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the us of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
The North 45.83 Acres of Block 6 "Cole Tract" located in Cameron County, Texas as Per Map Recorded in Volume 4, Page 20, Map Records of Cameron County, Texas with All Improvements Thereon and Appurtenances Thereof

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

United States District Court
Southern District of Texas
FILED
OCT 20 2000
Michael N. Milby
Clerk of Court

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Ronald G. Morgan
Assistant U.S. Attorney
600 E. Harrison Street #201
Brownsville, TX 78520-7114

ATTORNEYS (IF KNOWN)
Phil Bellamy
Attorney At Law
815 Ridgewood
Brownsville, TX 78520

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTI AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justic |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

21 USC 881

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE
October 20, 2000

SIGNATURE OF ATTORNEY OF RECORD
For RONALD G. MORGAN

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

United States District Court
Southern District of Texas
FILED

OCT 2 0 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CIVIL NO. B-00-167 |
| | * | |
| THE NORTH 45.83 ACRES OF | * | |
| BLOCK 6 "COLE TRACT" LOCATED | * | |
| IN CAMERON COUNTY, TEXAS AS | * | |
| PER MAP RECORDED IN VOLUME 4, | * | |
| PAGE 20, MAP RECORDS OF | * | |
| CAMERON COUNTY, TEXAS WITH | * | |
| ALL IMPROVEMENTS THEREON AND | * | |
| APPURTENANCES THERETO | * | |
| | * | |
| Defendant. | * | |

<u>VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM</u>

The United States of America, Plaintiff, through Mervyn M. Mosbacker, the United States Attorney for the Southern District of Texas, files this Verified Complaint for Civil Forfeiture in Rem against the real estate comprising the Defendant Property described with particularity on Exhibit "A" attached hereto and would show:

1

I. <u>Parties</u>

1. Plaintiff, the United States files this action pursuant to 21 U.S.C. § 881(a)(7).

2. The Defendant Property is subject to forfeiture as set forth above. The record owners are Guadalupe V. De Ochoa and Hector De Ochoa.

II. <u>JURISDICTION</u>

3. This Court has jurisdiction over the matters alleged in this complaint pursuant to 28 U.S.C. §§ 1331, 1345, 1355 and 2461.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355(b) and 1395(a)and(b) and 21 U.S.C. § 881(j).

III. <u>Factual Allegations</u>

5. Hector Ochoa, one of the owners of the Defendant Property, was indicted with two other individuals by a federal grand jury in Brownsville, Texas on July 18, 2000. A copy of the indictment is attached hereto as Exhibit "B". The indictment alleges a conspiracy from in or about August, 1998 to in or about February, 1999 to distribute in excess of 100 kilograms (320 pounds) of marijuana and four specific instances of possession of marijuana with intent to distribute. On October 10, 2000 Ochoa pled guilty to Count One of the Indictment alleging a conspiracy to possess with intent to distribute in excess of 100 kilograms (320 pounds) of marijuana.

2

6. During the course of their investigation of Ochoa, law enforcement agents have learned that the Defendant Property was used to facilitate illegal narcotics dealing as follows:

(a) On at least 10 occasions between 1992-1998 an average of 100 pounds of marijuana was driven by motor vehicle to property adjacent to the Defendant Property by Hector De Ochoa and others. The marijuana was transferred from the vehicle in which Ochoa was traveling to a truck located on property adjacent to the Defendant Property. As stated, Hector De Ochoa is one of the owners of the Defendant Property and has exercised dominion and control over the property for years.

(b) On at least 10 occasions during the 1992-1998 time period, Ochoa negotiated deals involving the sale of approximately 100 pounds of marijuana (on each occasion) in a garage located on the Defendant Property. An individual who was involved in these illegal transactions was paid by Ochoa in the same garage for his participation after the marijuana was transported for sale.

(c) On at least 1 occasion during the 1992-1998 time period, another deal involving 70-80 pounds of marijuana was negotiated with Ochoa in the same garage on the Defendant Property. In addition, on 3 separate occasions, Ochoa paid an individual in the garage on the Defendant Property for his role in transporting marijuana.

3

7. On information and belief Ochoa has been paying the taxes on the property for ten years and had exclusive control over the property during that time.

8. The Defendant Property was used to facilitate the commission of a federal narcotics offense punishable by more than one year's imprisonment and is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7) based upon the facts set forth in the complaint and the attached verification of David Friday, Special Agent, Drug Enforcement Administration.

The United States of America requests that due notice be given pursuant to 18 U.S.C. § 985(c)(1) to all parties who may have an interest in the Defendant Property to file a claim and answer pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims as modified by 18 U.S.C. § 983(a)(2)(B) or as ordered by the Court; that monition issue; that the U.S. Marshal Service post Notice of Complaint on the Defendant Property pursuant to 18 U.S.C. § 985(c)(1)(B); that judgement be entered declaring that the Defendant Property be forfeited to the United States of America and disposed of according to law; that the United States of America be granted

4

together with the costs and expenses of the action.

>                     Respectfully submitted,
>
>                     MERVYN M. MOSBACHER
>                     United States Attorney
>
> By: *[signature]*
> for  WILLIAM E. YAHNER
>                     Assistant United States Attorney
>                     Attorney-in-Charge
>                     Fed. Bar No. 1758
>                     TX Bar No. 22115950
>                     910 Travis, Suite 1500
>                     P.O. Box 61129
>                     Houston, Texas 77208-1129
>                     (713) 567-9723
>                     Fax: (713) 718-3304
>
> By: *[signature]*
>                     RONALD G. MORGAN
>                     Assistant United States Attorney
>                     Federal Bar No. 23902
>                     Texas Bar No. 00795014
>                     600 E. Harrison, Suite 201
>                     Brownsville, Texas 78520-7714
>                     (956) 983-6011
>                     Fax: (956) 548-2711

5

## VERIFICATION

I, Esteban Mendoza, upon oath declare and say that:

1. I am a Task Force Officer with the Drug Enforcement Administration, and I am one of the agents responsible for the investigation concerning this litigation.

2. I have read the above Complaint for Civil Forfeiture.

3. I have furnished the information leading to the allegations contained in the Complaint for Civil Forfeiture.

4. Based on my investigation, the information and allegations contained in the Complaint for Civil Forfeiture is true and correct and establishes the Government's burden by a preponderance of the evidence to forfeit the Defendant Property as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __19th__ day of __October__, 2000.

_____
Esteban Mendoza
Task Force Officer
Drug Enforcement Administration

[SEAL: BELIA V. ZEPEDA — MY COMMISSION EXPIRES January 4, 2001]

Subscribed and sworn to before me on this the __19th__ Day of __October__, 2000.

[SEAL: BELIA V. ZEPEDA — MY COMMISSION EXPIRES January 4, 2001]

_____
Notary Public for the State of Texas

My commission expires on __1/04/2001__.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA

V.

THE NORTH 45.83 ACRES OF BLOCK 6
"COLE TRACT" LOCATED IN CAMERON COUNTY,
TEXAS AS PER MAP RECORDED IN VOLUME 4,
PAGE 20, MAP RECORDS OF CAMERON COUNTY,
TEXAS WITH ALL IMPROVEMENTS THEREON AND
APPURTENANCES THERETO

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-167

TO: (Name and address of defendant)

Hector Ochoa
Thrree and One-Half Mile North Paredes
Los Fresnos, TX 78566

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                                    10-25-00

CLERK                                                       DATE

*(signature)*

(BY) DEPUTY CLERK