2

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION

UNITED STATES OF AMERICA       *
                               *
         Plaintiff,            *
                               *
     V.                        *    CIVIL NO.  B-00-167
                               *
THE NORTH 45.83 ACRES OF       *
BLOCK 6 "COLE TRACT" LOCATED   *
IN CAMERON COUNTY, TEXAS AS    *
PER MAP RECORDED IN VOLUME 4,  *
PAGE 20, MAP RECORDS OF        *
CAMERON COUNTY, TEXAS WITH     *
ALL IMPROVEMENTS THEREON AND   *
APPURTENANCES THERETO          *
         Defendant.            *
```

United States District Court
Southern District of Texas
FILED

OCT 2 0 2000

Michael N. Milby
Clerk of Court

## NOTICE OF LIS PENDENS

Notice is hereby given that the above captioned action has been commenced and is now pending in the United States District Court for the Southern District of Texas between the above named parties.

IN THIS ACTION the United States is seeking, among other things, the forfeiture of certain named parcels of real estate, including all structures, improvements and fixtures thereon, pursuant to the provisions of 21 U.S.C. § 881(a)(7) and 18 U.S.C. §§ 981 and 985. The parcels of real estate to be forfeited include the following: all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located in Cameron County, Texas, particularly described as:

THE NORTH 45.83 ACRES OF BLOCK 6 "COLE TRACT"

LOCATED IN CAMERON COUNTY, TEXAS AS PER MAP RECORDED IN VOLUME 4, PAGE 20, MAP RECORDS OF CAMERON COUNTY, TEXAS WITH ALL IMPROVEMENTS THEREON AND APPURTENANCES THERETO

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Southern District of Texas, Brownsville Division, 600 East Harrison Street, Brownsville, Texas, 78520.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: *[signature]*
WILLIAM E. YAHNER
Assistant United States Attorney
Fed. Bar No. 1758
TX Bar No. 22115950
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208-1129
Tel. No. (713) 567-9723
Fax No. (713) 718-3304

By: *[signature]*
RONALD G. MORGAN
Assistant United States Attorney
Federal Bar No. 23902
TX Bar No. 00795014
600 East Harrison, # 201
Brownsville, Texas 78520
Tel No. (956) 548-2554
Fax No. (956) 548-2711

Sworn & Subscribed before me this ____19th____ day of ____October____, 2000.

*[signature: Belia Zepeda]*
Notary Public

[SEAL: BELIA V. ZEPEDA, MY COMMISSION EXPIRES January 4, 2001]

2

## CERTIFICATE OF SERVICE

I hereby certify that on this ____**20th**____ day of ____**October**____ _____, 2000, a true and correct copy of the above **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** was sent via first-class mail, return receipt requested, to the individuals listed below

PHIL A. BELLAMY
Law Office of Phil Bellamy
815 Ridgewood
Brownsville, Texas 78520

HECTOR OCHOA
Three and one-half Mile North Paredes
Los Fresnos, Texas
Tel No. 233-4839

_____
RONALD G. MORGAN
Assistant United States Attorney

HA090945

F-529

| DEED RECORDS | 11235 | VOL 937 PAGE 529 |

**The State of Texas,**  } **Know All Men by These Presents:**
**County of** CAMERON

That    I, Gonzalo de Ochoa, a single man,

of the County of   Cameron   State of   Texas   for and in consideration

of the sum of    Ten and no/100 ($10.00)------

DOLLARS

to me   in hand paid by   Crisoforo de Ochoa, and wife, Guadalupe V. de Ochoa

as follows:

cash, the receipt of which is hereby acknowledged,

Have Granted, Sold and Conveyed, and by these presents do Grant, Sell and Convey unto the said

Crisoforo de Ochoa and wife, Guadalupe V. de Ochoa

of the County of  Cameron   State of   Texas   all that certain

parcel of land described as:

The North 45.83 acres of Block 6, "Cole Tract", as
per map recorded in Vol. 4, Page 20, Map Records of
Cameron County, Texas

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said
Crisoforo de Ochoa and wife, Guadalupe V. de Ochoa, their heirs and assigns forever and I do hereby bind myself, my heirs, executors and administrators, to Warrant and Forever Defend, all and singular the said premises unto the said Crisoforo de Ochoa and wife, Guadalupe V. de Ochoa, their heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any part thereof.

WITNESS my hand at Brownsville, Texas
this 14th day of July 19 72.
Witnesses at Request of Grantor:

*Gonzalo de Ochoa*

No Liens   Effect 8-31-00

EXHIBIT A

Case 1:00-cv-00167   Document 2   Filed in TXSD on 10/20/2000   Page 5 of 11

10/18/2000 WED 10:14 FAX 7137183304      US ATTY FRAUD SECTION                    ☒003
SEP-12-00 TUE 03:45 PM   HOLLERBACH & ASSOCIATES     FAX NO. 210 224 7663      P. 07

530

VOL 937 PAGE 530

**SINGLE ACKNOWLEDGMENT**

THE STATE OF TEXAS,
COUNTY OF Cameron

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared Gonzalo de Ochoa known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the 14th day of July A. D. 19 72.

(L. S.)

Maria L. de Botque
Notary Public in and for Cameron County, Texas

**SINGLE ACKNOWLEDGMENT**

THE STATE OF TEXAS,
COUNTY OF

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared known to me to be the person whose name subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the day of A. D. 19

(L. S.)

Notary Public in and for County, Texas

**SINGLE ACKNOWLEDGMENT**

THE STATE OF TEXAS,
COUNTY OF

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared known to me to be the person whose name subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this the day of A. D. 19

(L. S.)

Notary Public in and for County, Texas

THE STATE OF TEXAS,
COUNTY OF

I HEREBY CERTIFY that the foregoing instrument of writing with its certificate of authentication was filed for record in my office on the day of A. D. 19 and was duly recorded by me on the day of , of the Records of in Vol. , page

WITNESS MY HAND and the seal of the County the day and year last above written.

(L. S.)

County Clerk County, Texas

By Deputy.

11235

Warranty Deed

FROM

TO

FILED FOR RECORD
AT 2:20 O'CLOCK P
JUL 17 1972
[signature]
County Clerk
By [signature] Deputy

RECORDED
JUL 19 1972
County Records
In Book
Page
County Clerk
By Deputy

Recording Fee $

Crisoforo de Ochoa
P.O. Box 481
Los Fresnos, Texas

VOL 84 PAGE 293

5952

MISC. DEED RECORDS

## AFFIDAVIT OF HEIRSHIP

THE STATE OF TEXAS   )

COUNTY OF CAMERON    )

BEFORE ME, the undersigned authority, on this day personally appeared ___PEDRO GALARZA___ and ___MARGARITO GONZALEZ___, each known to me to be credible persons, each being by me duly sworn, upon his oath says the following:

Each affiant was well and personally acquainted with CRISOFORO DE OCHOA during his lifetime.

Said CRISOFORO DE OCHOA and GUADALUPE V. DE OCHOA were married on the 28th day of December, 1929. Said CRISOFORO DE OCHOA had never been married before this marriage.

The following children were born of said marriage: HECTOR DE OCHOA and JOSE DE OCHOA. There were no other children born of said marriage and there were no children adopted by said CRISOFORO DE OCHOA and said GUADALUPE V. DE OCHOA nor taken into their home for the purpose of adoption. Said JOSE DE OCHOA died in 1930 and predeceased his father.

Said CRISOFORO DE OCHOA died on the 18th day of November, 1975 in Harlingen, Cameron County, Texas. Said CRISOFORO DE OCHOA died intestate leaving his wife, GUADALUPE V. DE OCHOA, and his son, HECTOR DE OCHOA, his only surviving heirs at law.

There was no administration on the estate of said CRISOFORO DE OCHOA, none being necessary. There are no debts owing on said estate. There are no estate or inheritance taxes due against said estate.

3-26-76

10/18/2000 WED 10:15 FAX 7137183304   US ATTY FRAUD SECTION   ☑005
SEP-12-00 TUE 03:46 PM   HOLLERBACH & ASSOCIATES   FAX NO. 210 224 7663   P. 09

Case 1:00-cv-00167   Document 2   Filed in TXSD on 10/20/2000   Page 7 of 11

VOL 84 PAGE 294

The following described real property situated in Cameron County, Texas, was owned by said CRISOFORO DE OCHOA and his wife, GUADALUPE V. DE OCHOA, at the time of his death:

A tract or parcel of land being 0.75 of an acre out of the N. 45.83 acres of Block 6 of the "Cole Tract" as per map of record in Volume 4, Page 20, Map Records, Cameron County, Texas and described by metes and bounds as follows:

BEGINNING at a point that bears N. 4° 54' E. 100.0 ft. from the S.W. corner of the North 45.83 acres of said Block number 6 of the "Cole Tract".
THENCE, N. 4° 54' E. 75.0 ft. to a point.
THENCE, S. 85° 06' E. 435.6 ft. to a point.
THENCE, S. 4° 54' W. 75.0 ft. to a point.
THENCE, N. 85° 06' W. 435.6 ft. to the point of beginning and containing 0.75 of an acre, according to the map thereof in Volume 4, page 20, Map Records of Cameron County, Texas.

_Pedro Galarza_, Affiant
PEDRO GALARZA

_Margarito Gonzalez_, Affiant
MARGARITO GONZALEZ

SWORN TO AND SUBSCRIBED BEFORE ME, under my official Hand and Seal, this 24th day of March, 1976.

_Eulalia R. Tamez_
Notary Public in and for Cameron County, Texas

My Commission Expires:
June 1, 1977

- 2 -

295

VOL 84 PAGE 295

THE STATE OF TEXAS   X

COUNTY OF CAMERON   X

BEFORE ME, the undersigned authority, on this day personally appeared ___PEDRO GALARZA___ and ___MARGARITO GONZALEZ___ known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _24th_ day of _March_, 1976.

_Eulalia R. Jame_
Notary Public in and for Cameron County, Texas

My Commission Expires:
June 1, 1977

- 3 -

Case 1:00-cv-00167 Document 2 Filed in TXSD on 10/20/2000 Page 9 of 11

10/18/2000 WED 10:16 FAX 7137183304        US ATTY FRAUD SECTION                    ☒007
SEP-7-2000 09:19 FROM:DRUG ENFORCEMENT ADM 9569860307   TO:1010333#P71371837304  P:2/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 8 2000

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA          *

vs                                *    CRIMINAL NO. B-00-297

HECTOR OCHOA,                     *
EDWARDO GUZMAN
JOSE HECTOR VASQUEZ

S E A L E D
I N D I C T M E N T

THE GRAND JURY CHARGES:

COUNT ONE

From in or about August 1998 to in or about February 1999, in the Southern District of Texas and elsewhere, and within the jurisdiction of the Court, Defendants,

HECTOR OCHOA,
EDWARDO GUZMAN
and
JOSE HECTOR VASQUEZ,

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity exceeding 100 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

COUNT TWO

In or about August 1998 in the Southern District of Texas, and within the jurisdiction of the Court, Defendants,

EXHIBIT B

> HECTOR OCHOA
> and
> JOSE HECTOR VASQUEZ,

did knowingly and intentionally possess with intent to distribute a quantity less than 50 kilograms of marihuana, to-wit: approximately 45.45 kilograms (100 pounds) of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

### COUNT THREE

In or about November 1998 in the Southern District of Texas, and within the jurisdiction of the Court, Defendants,

> HECTOR OCHOA
> and
> EDWARDO GUZMAN,

did knowingly and intentionally possess with intent to distribute a quantity less than 50 kilograms of marihuana, to-wit: approximately 27.27 kilograms (60 pounds) of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

### COUNT FOUR

In or about January 19, 1999 in the Southern District of Texas, and within the jurisdiction of the Court, Defendants,

> HECTOR OCHOA
> and
> EDWARDO GUZMAN,

did knowingly and intentionally possess with intent to distribute a quantity less than

Case 1:00-cv-00167   Document 2   Filed in TXSD on 10/20/2000   Page 11 of 11

10/18/2000 WED 10:17 FAX 7137183304    US ATTY FRAUD SECTION                    ☒009
SEP-7-2000  09:19  FROM:DRUG ENFORCEMENT ADM 9569860307    TO:1010333#P7137183304  P:4/17

50 kilograms of marihuana, to-wit: approximately 36.36 kilograms (80 pounds) of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

### COUNT FIVE

On or about February 15, 1999 in the Southern District of Texas, and within the jurisdiction of the Court, Defendants;

HECTOR OCHOA
and
EDWARDO GUZMAN,

did knowingly and intentionally possess with intent to distribute a quantity less than 50 kilograms of marihuana, to-wit: approximately 36.36 kilograms (80 pounds) of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

A TRUE BILL:

WILLIAM PEACOCK, Jr.
~~FOREPERSON~~
FOREMAN OF THE GRAND JURY

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

_____
OSCAR PONCE
ASSISTANT UNITED STATES ATTORNEY

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____ Deputy Clerk