3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| Plaintiff, * | |
| * | |
| V. * | CIVIL NO. B-00-167 |
| * | |
| THE NORTH 45.83 ACRES OF * | |
| BLOCK 6 "COLE TRACT" LOCATED * | |
| IN CAMERON COUNTY, TEXAS AS * | |
| PER MAP RECORDED IN VOLUME 4, * | |
| PAGE 20, MAP RECORDS OF * | |
| CAMERON COUNTY, TEXAS WITH * | |
| ALL IMPROVEMENTS THEREON AND * | |
| APPURTENANCES THERETO * | |
| Defendant. * | |

**NOTICE OF COMPLAINT**

TO: THE UNITED STATES MARSHALL FOR THE SOUTHERN DISTRICT OF TEXAS

A Complaint for Forfeiture In Rem has been filed in this Court by the United States of America, alleging the real property comprised of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located in Cameron County, Texas, particularly described as:

> THE NORTH 45.83 ACRES OF BLOCK 6 "COLE TRACT" LOCATED IN CAMERON COUNTY, TEXAS AS PER MAP RECORDED IN VOLUME 4, PAGE 20, MAP RECORDS OF CAMERON COUNTY, TEXAS WITH ALL IMPROVEMENTS THEREON AND APPURTENANCES THERETO

(Hereinafter referred to as "Defendant Property"), is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 853 (a)(2) and 881(a)(7).

And, the Court being satisfied that based upon the verified

Complaint for Forfeiture there is probable cause to believe that the Defendant Property so described is subject to forfeiture;

IT IS HEREBY ORDERED that you execute process on the Defendant Property by posting a Notice of the Complaint on the property in a conspicuous place and leaving a copy of the Complaint and process with the person having possession or that person's agent pursuant to Rule E(4)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

You are further ORDERED to cause publication of public notice as to the filing of the Complaint for Forfeiture as required by Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims. All persons claiming an interest in the property shall file their claims within thirty (30) days after the final posting of Notice or within 35 days of mailing of personal notice, whichever occurs first, and shall serve and file their answers within twenty (20) days after the filing of the claim, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Office of the Clerk, Southern District of Texas, with a copy thereof sent to Ronald G. Morgan, Assistant United States Attorney, 600 East Harrison Street, # 201, Brownsville, Texas 78520.

Signed this __25__ day of __October__, 2000.

UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that on this __**20th**__ day of __**October**__ _____, 2000, a true and correct copy of the above **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** was sent via first-class mail, return receipt requested, to the individuals listed below

PHIL A. BELLAMY
Law Office of Phil Bellamy
815 Ridgewood
Brownsville, Texas 78520

HECTOR OCHOA
Three and one-half Mile North Paredes
Los Fresnos, Texas
Tel No. 233-4839

_____
RONALD G. MORGAN
Assistant United States Attorney

ClibPDF - www.fastio.com