5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

USA §
§
Plaintiff(s), §
§
v. §  Civil ACTION NO. B- 00-167
§
The North 45.83 Acres of §
Block 6 "Cale Tract" Located §
in Cameron County, TX. §
Defendant(s). §

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on **10/31/00**, the Court **STRUCK** the filing entitled **Claim and Answer of Guadalupe V. de Ochoa** because it did not comply with one or more of the following Local Rules:

1. \_\_\_\_ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. \_\_\_\_ Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ✓ One or more of the following are not included beneath the attorney's signature:
   (a)  state bar number; or
   (b) ⓑ Southern District of Texas Federal Bar Number; or
   (c)  office address including zip code; or
   (d)  telephone and facsimile numbers with area codes (LR 11.3(A)).

4. \_\_\_\_ A copy of the filing was not provided (LR 5.2).

5. \_\_\_\_ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. \_\_\_\_ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2).

7. \_\_\_\_ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. \_\_\_\_ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this **31st** day of **October, 2000**.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge