| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Civil No. B-00-167 |
|---|---|
| DEFENDANT   The North 45.83 Acres of Block 6 "Cole Tract"<br>Located in Cameron County, Texas | TYPE OF PROCESS<br>Post and Walk |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
same as defendant (45.83 Acres of Block 6 "Cole Tract", Cameron County, Texas

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** c/o U.S. Marshal's Service, 600 E. Harrison Street, Brownsville, TX 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

United States District Court
Southern District of Texas
FILED
NOV 03 2000
Michael N. Milby
Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Standard Post and Walk.    No Seizure.

BROWNSVILLE  00 OCT 25  UNITED ST... RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(956) 548-2554 | DATE<br>10/25/00 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 10/26/00   Time: 01:30 pm ☒<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>$45.00 | Total Mileage Charges<br>(including endeavors)<br>$9.75 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 10/26/00 Executed above described order by posting the above described property in Los Fresnos, Tx. Ex Norma Ochoa, Mr Ochoa's wife was present when this writer posted the notice on property.

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|