| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* ||
|---|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Civil No. B-00-167 ||
| DEFENDANT  The North 45.83 Acres of Block #6 "Cole Tract"<br>Located in Cameron County, Texas | TYPE OF PROCESS  Verified Complaint<br>for Forfeiture in Rem ||

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshal's Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
600 E. Harrison St., Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED
NOV 03 2000
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, Texas 78520-7114

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Copy of Verified Complaint For Civil Forfeiture in Rem

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (956) 548-2554
DATE: 10/23/00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Date of Service: 10/25/00
Time: 10:00 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | | | | |

REMARKS: 10/25/00 Rec'd above described process for the property in Los Fresnos, Tx. [remainder struck through with XXXX]

PRIOR EDITIONS MAY BE USED  |  **1. CLERK OF THE COURT**  |  FORM USM-285 (Rev. 12/15/80)