AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE B-00-167

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/26/00 |
| NAME OF SERVER (PRINT) Lily Medina | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Norma Ochoa, Hector Ochoa's wife

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

NOV 03 2000

☐ Other (specify): _____

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL 0 | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/26/00
              Date

Signature of Server: Lily Medina

600 E. Harrison, Rm 1032
Brownsville, TX 78520
Address of Server

1:30 pm

United States District Court
Southern District of Texas
RECEIVED

NOV -- 2000

Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.