13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 01 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff § | |
| § | |
| vs. § | |
| § | |
| THE NORTH 45.83 ACRES OF § | |
| BLOCK 6 "COLE TRACT" LOCATED § | CIVIL NO. B-00-167 |
| IN CAMERON COUNTY, TEXAS AS § | |
| PER MAP RECORDED IN VOLUME 4 § | |
| PAGE 20, MPA RECORDS OF § | |
| CAMERON COUNTY, TEXAS WITH § | |
| ALL IMPROVEMENTS THEREON AND § | |
| APPURTENANCES THERETO § | |

## CLAIM AND ANSWER OF GUADALUPE V. de OCHOA

Now comes GUADALUPE V. de OCHOA, as Claimant and submits this her claim to the above subject property, and concurrently files her Answer to Complaint for Forfeiture, and state the following:

I.

The real property made the subject of this proceeding is her lawful property, and has been her homestead for approximately thirty years.

II.

Claimant admits that this Court has jurisdiction of this proceeding, as alleged in Paragraph 2 of the Complaint, and venue is proper in this Court.

III.

Claimant denies the factual allegations in Paragraphs 5 through 8, except to the extent that the property is lawfully owned by Claimant.

Wherefore, Claimant prays that upon final hearing the Plaintiff take nothing by its suit, and that Claimant have her property and any other relief to which she may show her entitled.

Respectfully submitted,
LAW OFFICES OF L. ARON PENA
600 SOUTH CLOSNER
EDINBURG, TEXAS 78539
956-383-5311
956-380-2722(FAX)

by: _____
L. ARON PENA
SB# 15739000   Fed I.D. No.
Attorney for Claimant   5681

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of this document _Mr. Ron Morga_ at _Asst. USAtty. Brownsville_ postage prepaid, on _10/27/00_

Attorney for _L. Aron Pena_

THE STATE OF TEXAS         §
                           §    **VERIFICATION**
COUNTY OF CAMERON          §

On this day came GUADALUPE V. de OCHOA by me first duly sworn, on her oath says that she is GUADALUPE V. de OCHOA and affirm that all material allegations contained in the foregoing Claim are true and correct.

_____
GUADALUPE V. de OCHOA

SUBSCRIBED AND SWORN, to by the said GUADALUPE V. de OCHOA on this the ___ day of October, 2000.

_____
Notary Public in and for
Cameron County, State of Texas

[Notary Seal: Myra Peña, Notary Public State of Texas, My Commission Expires March 31, 2004]

𝕿𝖍𝖊 𝕾𝖙𝖆𝖙𝖊 𝖔𝖋 𝕿𝖊𝖝𝖆𝖘,   }   𝕶𝖓𝖔𝖜 𝕬𝖑𝖑 𝕸𝖊𝖓 𝖇𝖞 𝕿𝖍𝖊𝖘𝖊 𝕻𝖗𝖊𝖘𝖊𝖓𝖙𝖘:

County of Cameron

THAT I, Guadalupe V. de Ochoa

of the County of Cameron, State of Texas for and in consideration of the sum of One and no/100ths ($1.00), the love and affection which I hold for Grantee and other good and valuable consideration; DOLLARS

to me in hand paid by Sonia de Ochoa, the receipt of which is hereby acknowledged confessed,

as follows:

ha ve Granted, Sold and Conveyed, and by these presents do Grant, Sell and Convey, unto the said Sonia de Ochoa

whose mailing address is
of the County of Cameron State of Texas all that certain tract or parcel of land described situated in the County of Cameron State of Texas, and described as follows:

The North 45.83 acres of Block 6, "Cole Tract" Subdivision in Cameron County, according to the map recorded in Vol. 4, Page 20, Map Records of said County, and Texas State,

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said Sonia de Ochoa heirs and assigns forever and I do hereby bind myself, my heirs, executors and administrators, to Warrant and Forever Defend, all and singular the said premises unto the said Sonia de Ochoa heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any part thereof.

WITNESS my hand at
this day
Witness at Request of Grantor:



Guadalupe de Ochoa