14

```
                UNITED STATES DISTRICT COURT        United States District Court
                SOUTHERN DISTRICT OF TEXAS          Southern District of Texas
                     BROWNSVILLE DIVISION                     FILED

                                                           NOV 0 7 2000
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Michael N. Milby |
| Plaintiff, | § | Clerk of Court |
|  | § |  |
| V. | § |  |
|  | § |  |
| THE NORTH 45.83 ACRES OF | § |  |
| BLOCK 6 "COLE TRACT" LOCATED | § | CIVIL NO. B-00-167 |
| IN CAMERON COUNTY, TEXAS AS | § |  |
| PER MAP RECORDED IN VOLUME 4, | § |  |
| PAGE 20, MAP RECORDS OF | § |  |
| CAMERON COUNTY, TEXAS WITH | § |  |
| ALL IMPROVEMENTS THEREON AND | § |  |
| APPURTENANCES THERETO, | § |  |
| Defendant. | § |  |

## CLAIMANT HECTOR DE OCHOA'S VERIFIED ORIGINAL ANSWER TO VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Claimant Hector De Ochoa and files this his Verified Original Answer to Verified Complaint for Civil Forfeiture in Rem and in support thereof would respectfully show unto the Court the following:

1.  Claimant Hector De Ochoa denies that the Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7) or otherwise.

2.  Claimant denies each and every allegation in the Verified Complaint for Civil Forfeiture in Rem and demands strict proof thereof.

**WHEREFORE, PREMISES CONSIDERED,** Claimant Hector De Ochoa asks the Court to render a take-nothing judgment against Plaintiff, assess costs against Plaintiff and award Claimant all other relief to

which he is entitled.

Respectfully submitted,

Hector De Ochoa
Rt. 9, Box 356A
San Benito, Texas 78566
(956) 233-4839

_____
Hector De Ochoa
Pro se

## VERIFICATION

I, Hector De Ochoa, upon oath declare and say that:

1. I have read the above Original Answer to Verified Complaint for Civil Forfeiture in Rem.

2. I declare under penalty of perjury that the factual allegations contained therein are true and correct.

Executed on this ___7th___ day of November, 2000.

_____
Hector De Ochoa

Subscribed and sworn to before me on this the ___7th___ day of November, 2000.

SUGEY MUNIZ
MY COMMISSION EXPIRES
November 9, 2003

_____
Notary Public in and for the
State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Original Answer to Verified Complaint for Civil Forfeiture in Rem was sent by certified mail, return receipt requested, on November 7th, 2000 to:

Mr. William E. Yahner
Assistant United States Attorney
P.O. Box 61129
Houston, Texas 77208-1129
(CM-RRR No. 7099 3220 0001 2243 6462)

Mr. Ronald G. Morgan
Assistant United States Attorney
600 E. Harrison, Suite 201
Brownsville, Texas 78520-7714
(CM-RRR No. 7099 3220 0001 2243 6479)

Mr. Aron L. Pena
Attorney at Law
600 S. Closner
Edinburg, Texas 78539
(CM-RRR No. 7099 3220 0001 2243 6486)

_____
Hector De Ochoa