16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-167 |
| | § | |
| The North 45.83 Acres of Block 6 | § | |
| "Cole Tract" Located in Cameron | § | |
| County, Texas as per Map Recorded | § | |
| in Volume 4, page 20, Map Records of | § | |
| Cameron County, Texas with All | § | |
| Improvements Thereon and | § | |
| Appurtenances Thereto, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on February 21, 2001, the Court considered the Government's Motion for Default Judgment or, in the alternative, for Summary Judgment and Entry of Final Order of Forfeiture [Dkt. No. 14]. The attached affidavits were deficient in the following manner: (1) the affiants failed to state that they were competent to testify, and (2) the affiants failed to state that they had personal knowledge of the facts recited therein. Therefore, the Court hereby **ORDERS** the Government to re-submit proper affidavits that conform with the requirements of Federal Rule of Civil Procedure 56(e); otherwise, they cannot be considered as evidence in support of the motion.

DONE at Brownsville, Texas, this 21st day of February 2001.

Hilda G. Tagle
United States District Judge