17

United States District Court
Southern District of Texas
FILED

FEB 2 3 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. B-00-167 |
| | * | |
| THE NORTH 45.83 ACRES OF | * | |
| BLOCK 6 "COLE TRACT" LOCATED | * | |
| IN CAMERON COUNTY, TEXAS AS | * | |
| PER MAP RECORDED IN VOLUME 4, | * | |
| PAGE 20, MAP RECORDS OF | * | |
| CAMERON COUNTY, TEXAS WITH | * | |
| ALL IMPROVEMENTS THEREON AND | * | |
| APPURTENANCES THERETO | * | |
| | * | |
| Defendant. | * | |

### GOVERNMENT'S MOTION TO WITHDRAW MOTION FOR
### SUMMARY JUDGMENT AND TO RE-URGE MOTION
### FOR DEFAULT JUDGMENT AND ORDER OF FORFEITURE

The United States of America, Plaintiff, by and through its United States Attorney,

Mervyn M. Mosbacker, moves to withdraw the Motion for Summary Judgment portion of its

previously filed Motion for Default Judgment or, in the Alternative, for Summary Judgment and

re-urges its Motion for Default Judgment and would show as follows:

On January 3, 2001, the Government filed its Motion for Default Judgment or, in the

Alternative, for Summary Judgment. Attached to that motion, were the affidavits of Jose Hector

Vasquez and Edwardo Guzman, both of whom were co-defendants of Hector de Ochoa, one of

the claimants in this matter. These affidavits relate solely to that portion of the original motion

seeking summary judgment and are irrelevant to the motion for entry of default judgment. On

February 22, 2001, this Court ordered that the affidavits be resubmitted in compliance with

CutePDF - www.fsolio.com

Federal Rule of Civil Procedure 56(e), or not have the affidavits considered in resolution of the motion.

It is the Government's understanding that the affiants are currently located outside of the local area. The Government believes that attempting obtain new affidavits from the co-defendants would unnecessarily delay resolution of this case, given the claimant's complete failure to file an answer to the Government's complaint in this case. For this reason, and in the interests of an expeditious resolution of this matter, the Government hereby requests the Court to permit the Government to withdraw that portion of its January 3, 2001 motion in which it seeks summary judgment. If at a later point the need arises for consideration of the contents of the previously submitted affidavits, the Government will contact counsel for the affiants and attempt to obtain new affidavits compliant with Rule 56(e) and will seek to refile the motion for summary judgment.

Having moved to withdraw that portion of the January 3, 2001 motion in which the Government seeks summary judgment, the Government respectfully requests the Court to consider and rule upon that portion of the motion in which the Government seeks Default Judgment.[1] As set forth in that motion, Hector de Ochoa has totally failed to file a claim of any sort with respect to the Defendant Property in this matter. As set forth more fully in our January 3, 2001 filed motion, Mr. de Ochoa's failure to file a claim mandates default judgment because he lacks statutory standing. United States v. One 1988 Dodge Pickup, 959 F.2d 37, 42 (5th Cir. 1992); United States v. United States Currency in the Amount of $2,857.00, 754 F.2d 208, 214

---

[1]If the Court so desires, the Government is prepared to resubmit that portion of the original motion, in which it requests default judgment, as a separate motion for default judgment.

2

(7th Cir. 1984). None of the facts regarding Mr. de Ochoa's filing or failure to file have changed

since the Government filed its Motion for Default Judgment. Therefore, the Government asserts

that default judgment, as provided under Federal Rule of Civil Procedure 55 is appropriate in this

matter at this stage and urges the Court to enter such a judgment and the associated order of

forfeiture.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: _____
for WILLIAM E. YAHNER
Assistant United States Attorney
Attorney-in-Charge
Fed. Bar No. 1758
TX Bar No. 22115950
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208-1129
(713) 567-9723
Fax: (713) 718-3304

By: _____
RONALD G. MORGAN
Assistant United States Attorney
Federal Bar No. 23902
Texas Bar No. 00795014
600 E. Harrison, Suite 201
Brownsville, Texas 78520-7714
(956) 983-6011
Fax: (956) 548-2711

3

## CERTIFICATE OF SERVICE

I hereby certify that on this the _23rd_ day of _February_ , 2001, a true

and correct copy of the foregoing **GOVERNMENT'S MOTION TO WITHDRAW MOTION**

**FOR  SUMMARY JUDGMENT AND TO RE-URGE MOTION  FOR DEFAULT**

**JUDGMENT AND ORDER OF FORFEITURE** was mailed, certified, return receipt

requested, to the following individuals at the addresses indicated:

HECTOR de OCHOA
Claimant
Three & ½ Mile North Paredes
Los Fresnos, Texas 78566

L. ARON  PENA
Attorney for Claimant Guadalupe V. de Ochoa
Law Offices of  L. Aron Pena
600 South Closner Edinburg, Texas 78539

RONALD G. MORGAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. B-00-167 |
| | * | |
| THE NORTH 45.83 ACRES OF | * | |
| BLOCK 6 "COLE TRACT" LOCATED | * | |
| IN CAMERON COUNTY, TEXAS  AS | * | |
| PER MAP RECORDED IN VOLUME 4, | * | |
| PAGE 20, MAP RECORDS OF | * | |
| CAMERON COUNTY, TEXAS WITH | * | |
| ALL IMPROVEMENTS THEREON AND | * | |
| APPURTENANCES THERETO | * | |
| | * | |
| Defendant. | * | |

## ORDER OF FORFEITURE

The United States of America, Plaintiff,  has moved for entry of a Judgment by Default and a Final Order of Forfeiture.  The Plaintiff has shown by a preponderance of the evidence that the interests of Hector de Ochoa in a parcel of land comprised of 45.83 acres in Cameron County, Texas, more particularly described as:

THE NORTH 45.83 ACRES OF BLOCK 6 "COLE TRACT" LOCATED
IN CAMERON COUNTY, TEXAS AS PER MAP RECORDED IN VOLUME 4,
PAGE 20, MAP RECORDS OF CAMERON COUNTY, TEXAS WITH
ALL IMPROVEMENTS THEREON AND APPURTENANCES THERETO

(hereinafter "Defendant Property") should be forfeited.  Further, Plaintiff has shown that all potential claimants were served with notice of the action; and that Hector de Ochoa has failed to file a verified claim or proper answer to the Complaint.  Based upon the facts presented, the Court **GRANTS** Plaintiff's motion.  The Court  **FINDS** that reasonable cause, under 18 U.S.C. § 981 and 28 U.S.C. § 2465, existed for the filing of the forfeiture case against the Defendant Property and it is hereby **ORDERED**:

1.   That a judgment by default is entered against any and all interests that Hector de

Ochoa may have in the Defendant Property.

2.   Further, that all persons, excepting Guadalupe V. de Ochoa, claiming any right, title

or interest in or to the Defendant Property are held in default;

3.   That any interests of any of the aforementioned defaulted persons in the Defendant

Property are forfeited to the United States of America;

**THIS IS THE FINAL ORDER OF FORFEITURE.**

Signed this the _____ day of _____, 2001.


_____
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. B-00-167 |
| | * | |
| THE NORTH 45.83 ACRES OF | * | |
| BLOCK 6 "COLE TRACT" LOCATED | * | |
| IN CAMERON COUNTY, TEXAS  AS | * | |
| PER MAP RECORDED IN VOLUME 4, | * | |
| PAGE 20, MAP RECORDS OF | * | |
| CAMERON COUNTY, TEXAS WITH | * | |
| ALL IMPROVEMENTS THEREON AND | * | |
| APPURTENANCES THERETO | * | |
| | * | |
| Defendant. | * | |

## ORDER PERMITTING WITHDRAWAL OF GOVERNMENT'S
## ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

The Government has moved to be permitted to withdraw that portion of its January 3, 2001 filed Motion for Default Judgment or, in the Alternative, For Summary Judgment, in which it seeks, in the alternative, summary judgment.  Having considered that motion, the Court is of the opinion that the motion should be granted.  Therefore, it is **ORDERED**:

The Government's motion is granted and that portion of the January 3, 2001 filed Motion for Default Judgment or, in the Alternative, For Summary Judgment, in which the Government seeks summary judgment is withdrawn from consideration and will not be considered, subject to refiling.

Signed this the _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE