19

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
**FILED**
**MAR 12 2001**
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo   ☐ Koerner |
| DATE | 03 / 12 / 2001 |
| TIME | ☐ a.m. — ☐ a.m. <br> 2:00 p.m. — 2:10 p.m. |
| CIVIL ACTION | B / 00 / 167 |
| STYLE | USA <br> *versus* <br> The North 45.83 Acres, et al. |

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference;   ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record)

Ron Morgan                         for   USA

L. Aron Peña (no appearance)       for Guadalupe V. de Ochoa

☐   All motions not expressly decided are denied without prejudice.
☐   Evidence taken [exhibits or testimony].
☐   Argument heard on:   ☐ all pending motions;   ☐ these topics:
☐   Motions taken under advisement: _____
                                                          ☐ Order to be entered.
☐   Miscellaneous review set: _____
☐   Rulings orally rendered on:
■   Comments:

Mr. Morgan informed the Court that counsel for Mrs. de Ochoa was not notified to appear for this hearing, and also indicated that the Parties were engaged in settlement negotiation   The Court re-set this matter for Initial Pre-Trial Conference on April 2, 2001.