20

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 14 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| USA | § § § | |
| versus | § § | CIVIL ACTION: B: 00-167 |
| THE NORTH 45.83 ACRES, et al | § § § | |

## Order Setting Conference

An initial pre-trial conference has been set for: **April 2, 2001 at 2:00 p.m.**

Signed on _March 13_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge