21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. B-00-167 |
| | * | |
| THE NORTH 45.83 ACRES OF | * | |
| BLOCK 6 "COLE TRACT" LOCATED | * | |
| IN CAMERON COUNTY, TEXAS AS | * | |
| PER MAP RECORDED IN VOLUME 4, | * | |
| PAGE 20, MAP RECORDS OF | * | |
| CAMERON COUNTY, TEXAS WITH | * | |
| ALL IMPROVEMENTS THEREON AND | * | |
| APPURTENANCES THERETO | * | |
| | * | |
| Defendant. | * | |

## UNOPPOSED MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND RELEASE

The United States of America, Plaintiff, pursuant to Rule 7 of the Federal Rules of Civil Procedure, moves this Court for entry of the attached **FINAL ORDER OF FORFEITURE AND RELEASE,** which resolves all matters before the Court in the instant case. The parties to this matter have reached a mutually agreed settlement, which disposes of all issues in the instant case and results in a full and complete settlement. Counsel for the United States has consulted with Claimant's counsel, who has authorized counsel for the United States to represent to the Court that Claimant's counsel does not oppose the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States of America prays that this Court grant its motion for entry of the attached order.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

By: /s/ *signature*
RONALD G. MORGAN
Assistant United States Attorney
Fed. Bar No. 23902
TX Bar No. 00795014
600 East Harrison Street, Ste 201
Brownsville, Texas 78521
(956) 548-2554